JOHNSON, JACQUELINE V. THE PROCTOR & GAMBLE COMPANY     07-C-0159-C

| DIST | OFF | DOCKET YR. NMBR | ORIG. | FILE DATE | J | NATURE OF SUIT | DIVERSITY PTF | DIVERSITY DEF | RULE 23 | DEMAND $1,000s | JUDGE | MAGISTRATE | COUNTY | JURY DEMAND? |
|------|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 0758 | 3 | 07 0159 | 1 | 03/20/2007 | 4 | 385 | 1 | 5 | No | $5000.00 | 5804 | 58BC | 55025 | Yes |

CAUSE: TORTS-PERSONAL PROPERTY; Property Damage Product Liability

## PLAINTIFF

JOHNSON, JACQUELINE

## DEFENDANTS

THE PROCTOR & GAMBLE COMPANY
MENU FOODS, INC.
MENU FOODS INCOME FUND
THE IAMS COMPANY

## COUNSEL FOR PLAINTIFF

FRANK JABLONSKI
PROGRESSIVE LAW GROUP, LLC
354 WEST MAIN STREET
MADISON, WI 53703
(608) 258-8511
*for:* JOHNSON, JACQUELINE

ILAN J. CHOROWSKY
PROGRESSIVE LAW GROUP, LLC
1130 NORTH DEARBORN STREET
SUITE 3110
CHICAGO, IL 60610
(312) 643-5893
*for:* JOHNSON, JACQUELINE

LARRY D. DRURY
LARRY D. DRURY LTD.
205 W. RANDOLPH STREET, SUITE 1430
CHICAGO, IL 60606
(312) 346-7950
*for:* JOHNSON, JACQUELINE

## COUNSEL FOR DEFENDANTS

PAUL F. LINN
MICHAEL BEST & FRIEDRICH, LLP
100 EAST WISCONSIN AVENUE, #3300
MILWAUKEE, WI 53202
(414) 271-6560
*for:* THE IAMS COMPANY
        THE PROCTOR & GAMBLE COMPANY

D. JEFFERY IRELAND
FARUKI IRELAND & COX P.L.L.
500 COURTHOUSE PLAZA, S.W.
DAYTON, OH 45402
(937) 227-9900
*for:* THE IAMS COMPANY
        THE PROCTOR & GAMBLE COMPANY

MATTHEW J. DUCHEMIN
QUARLES & BRADY
P.O. BOX 2113
33 EAST MAIN ST, STE 900
MADISON, WI 53701-2113
(608) 251-5000
*for:* MENU FOODS INCOME FUND
        MENU FOODS, INC.

A TRUE COPY, Certified
JUL 23 2007
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin

By_____
        Deputy Clerk

UNITED STATES DISTRICT COURT DOCKET     (REV. 3/89)

Dockets.Justia.com

JOHNSON, JACQUELINE V. THE PROCTOR & GAMBLE COMPANY                    07-C-0159-C

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 03/20/2007 | | NORTC ; FEE PAID. |
| 03/20/2007 | 001 | JS-44 |
| 03/20/2007 | 002 | COMPLAINT W/REQUEST FOR CLASS ACTION. |
| 03/21/2007 | 003 | MOTION BY PLTF. TO CORRECT COMPLAINT. |
| 03/21/2007 | | RECD. PROPOSED CORRECTED COMPLAINT. |
| 03/26/2007 | 004 | ORDER GRANTING PLTF. MOTION TO CORRECT COMPLAINT. |
| 03/26/2007 | 005 | COMPLAINT - CORRECTED |
| 03/30/2007 | 006 | MOTION BY PLTF. FOR PRESERVATION OF EVIDENCE. |
| 03/30/2007 | 007 | MOTION BY PLTF. FOR CLASS CERTIFICATION. |
| 04/09/2007 | | RECD. NOTICE OF POTENTIAL TAG-ALONG ACTIONS TO MDL PANEL. |
| 04/10/2007 | 008 | PLTF. NOTICE OF MOTION AND PROPOSED ORDER FOR PRESERVATION OF EVIDENCE. |
| 04/18/2007 | 009 | SUMMONS |
| 04/19/2007 | 010 | NOTICE OF APPEARANCE BY DEFTS. PROCTOR & GAMBLE COMPANY AND IAMS COMPANY. |
| 04/19/2007 | 011 | BRIEF IN OPPOSITION BY DEFTS. PROCTOR & GAMBLE AND IAMS TO PLTF. MOTION FOR PRESERVATION OF EVIDENCE. |
| 04/25/2007 | 012 | ORDER DENYING PLTF. MOTION TO PRESERVE EVIDENCE; STAYING RULING ON CLASS CERTIFICATION; PTC SET FOR 6/27/07 AT 9:00(SLC) |
| 04/27/2007 | | RECD. STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFTS. PROCTER & GAMLE AND IAMS TO RESPOND TO COMPLT. |
| 05/01/2007 | 013 | STIPULATION AND ORDER TO EXTEND TIME FOR DEFTS. TO RESPOND TO COMPLAINT TO 5/30/07. (SLC) |
| 05/11/2007 | 014 | DISCLOSURE OF CORP. AFFIL. & FINAN. INT. BY DEFT. PROCTER & GAMBLE COMPANY. |
| 05/14/2007 | | RECD. STIPULATED MOTION AND PROPOSED ORDER TO STAY ACTION PENDING MDL DECISION. |
| 05/14/2007 | 015 | DISCLOSURE OF CORP. AFFIL. & FINAN. INT. BY DEFTS. IAMS COMPANY AND PROCTER & GAMBLE CO. |
| 05/23/2007 | 016 | STIPULATION AND ORDER STAYING PROCEEDINGS PENDING MDL DECISION. (SLC) |
| 06/22/2007 | 017 | ORDER (UNCERTIFIED) TRANSFERING CASE TO DISTRICT OF NEW JERSEY. |
| 07/03/2007 | 018 | ORDER (UNCERTIFIED) TRANSFERING CASE TO DISTRICT OF NEW JERSEY. |
| 07/06/2007 | 019 | NOTICE OF APPEARANCE BY DEFTS. MENU FOODS INCOME FUND AND MENU FOODS, INC. |
| 07/06/2007 | 020 | DISCLOSURE OF CORP. AFFIL. & FINAN. INT. BY MENU FOODS DEFTS. |
| 07/06/2007 | 021 | MOTION BY MENU FOODS DEFTS. FOR MULTIDISTRICT CONSOLIDATION, CONDITIONAL TRANSFER AND FOR CONTINUED STAY. |
| 07/09/2007 | | PLTF. RESPONSE TO #21 DUE 7/12/07; NO REPLY. (SLC) |
| 07/13/2007 | 022 | ORDER GRANTING MENU FOODS DEFTS. MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL COURT. (SLC) |
| 07/20/2007 | 023 | UNCERTIFIED CONDITIONAL TRANSFER ORDER TO DISTRICT OF NEW JERSEY. |
| 07/23/2007 | 024 | ORDER (CERTIFIED) TRANSFERING CASE TO DISTRICT OF NEW JERSEY. |