UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK
P.O. BOX 432
MADISON, WI 53701
(608) 264-5156

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 JUL 27 A 11: 04

# MEMORANDUM

**TO:** William T. Walsh, Clerk
U.S. District Court, District of New Jersey
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101-0419

**DATE:** July 24, 2007

**RE:** Jacqueline Johnson v. The Proctor & Gamble Company
WDWI Case No. 07-C-159-C

Enclosed please find the original record in the above-entitled matter, along with a certified copy of the docket sheet.

Please acknowledge your receipt of these documents by completing the bottom portion of this memo and returning same in the envelope provided.

Thank you.

THERESA M. OWENS, CLERK

By: _____
Deputy Clerk

Enclosures
cc: Frank Jablonski
    Ilan J. Chorowsky
    Larry D. Drury
    Paul F. Linn
    D. Jeffery Ireland
    Matthew J. Duchemin

RECEIPT ACKNOWLEDGED this ____ day of _____.

_____